UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN STEPHEN OLFORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:16-cv-00061-BAM<br><br>ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE OPENING BRIEF<br><br>(Doc. 13) |

　　　　Pursuant to the stipulation of the parties filed on September 7, 2016, and for cause shown,

　　　　IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and including October 23, 2016, in which to file Plaintiff's opening brief; and that all other deadlines set forth in the January 20, 2016 Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

　　Dated:　**September 8, 2016**　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1