JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:   541-419-0074
Fax:         541-593-4452
Email:       jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN STEPHEN OLFORD,<br><br>    Plaintiff<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Comm'r of Social Security,<br><br>    Defendant | Case No.  1:16-cv-00061-BAM<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to November 23, 2016, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension.  This second and final extension is requested because of counsel's 9th Circuit briefing schedule and because of health and family problems she experienced last spring and summer that caused her to get behind on her workload.

IT IS SO ORDERED.

Dated:  **October 21, 2016**          /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: October 19, 2016                JACQUELINE A. FORSLUND
                                      Attorney at Law


                                      */s/Jacqueline A. Forslund*
                                      JACQUELINE A. FORSLUND

                                      Attorney for Plaintiff


Date:  October 19, 2016               PHILIP A. TALBERT
                                      Acting United States Attorney
                                      DEBORAH STACHEL
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                                      */s/Chantal R. Jenkins*
                                      CHANTAL R. JENKINS
                                      Special Assistant United States Attorney
                                      *By email authorization

                                      Attorney for Defendant


## ORDER

Pursuant to the stipulation of the parties, and good cause appearing, the deadline for Plaintiff to file his Opening Brief is extended to November 23, 2016.  All other deadlines set forth in the Court's Scheduling Order shall be extended accordingly.