PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
      160 Spear Street, Suite 800
      San Francisco, California 94105
      Telephone: (415) 977-8931
      Facsimile: (415) 744-0134
      E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| JUSTIN STEPHEN OLFORD,<br><br>      Plaintiff,<br><br>vs.<br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>      Defendant. | Case No.: 1:16-cv-00061-BAM<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

      IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time to January 23, 2017 to respond to Plaintiff's opening brief.  This is Defendant's first request for an extension of time.  Defendant respectfully requests this additional time because Defendant's counsel has eight other district court briefs due within the next month and will be on leave from December 23rd through January 2nd.

      This request is made in good faith with no intention to unduly delay the proceedings.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: December 19, 2016         */s/ Jacqueline A. Forslund by Chantal R. Jenkins*\*
                                 JACQUELINE A. FORSLUND
                                 *As authorized *via* email by Jacqueline A. Forslund on December 19, 2016
                                 Attorney for Plaintiff

Dated: December 19, 2016         PHILLIP A. TALBERT
                                 United States Attorney
                                 DEBORAH LEE STACHEL
                                 Regional Chief Counsel, Region IX
                                 Social Security Administration

                          By:    */s/ Chantal R. Jenkins*
                                 CHANTAL R. JENKINS
                                 Special Assistant United States Attorney

## ORDER

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED that Defendant shall have an extension of time until January 23, 2017, in which to file an Opposition to Plaintiff's Opening Brief; and that all other deadlines set forth in the Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **December 19, 2016**            /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE

2